B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re   David Fiori, Jr., d/b/a Integrated Electroni   ,        Case No.   09-10960SR
            *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:    August                                          Date filed:

Line of Business:    Electronics Research & Development        NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

David Fiori, Jr.

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☑ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?                    ☑   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL INCOME** | $ | 1,600.00 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 11,258.23 |
| Cash on Hand at End of Month | $ | 3,558.52 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 3,558.52 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL EXPENSES** | $ | 8,561.36 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 1,600.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 8,561.36 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | -6,961.36 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $   35,033.75

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $   3,000.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                                   1

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?                     0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                     $   0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                                 $   0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                            $   0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                          $   0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  |  | Projected |  | Actual |  | Difference |
|---|---|---|---|---|---|---|
| INCOME | $ | 2,500.00 | $ | 1,600.00 | $ | -900.00 |
| EXPENSES | $ | 8,700.00 | $ | 8,561.36 | $ | -138.64 |
| CASH PROFIT | $ | -6,200.00 | $ | -6,961.36 | $ | -761.36 |

| | | |
|---|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ | 2,500.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ | 8,700.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ | -6,200.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

Monthly Operating Report – Exhibit A

1. My accountant has been working on the tax return, but has been unusually busy. He expects the return will be completed before the extension expires on October 15, 2009. Completion was delayed by Trustee's objection to the accountant which has been addressed.

2. Bensalem Township municipal tax payment requirements have not yet been determined. It is expected that they will be addressed once Federal and State income tax returns for 2008 are completed.

Monthly Operating Report - Exhibit B

Sricom, Inc.  $ 1,600.00

**David Fiori, Jr.**
# Exhibit C - Expenses
**August 2009**

10/09/09

| Type | Date | Num | Name | Account | Original Amo... | Paid Amount |
|------|------|-----|------|---------|----------------|-------------|
| **Check** | 08/01/09 | | **XFER to VAF Checking '8623** | **Personal Savings, TD Bank** | **-500.00** | |
| | | | | VAF Personal Checking TD Bank | 500.00 | -500.00 |
| TOTAL | | | | | 500.00 | -500.00 |
| **Check** | 08/10/09 | | **Cash** | **DFJ Personal Checking TD Ba...** | **-100.00** | |
| | | | | Draws | 100.00 | -100.00 |
| TOTAL | | | | | 100.00 | -100.00 |
| **Check** | 08/15/09 | | **David Fiori, Jr.** | **DFJ Personal Checking TD Ba...** | **-400.00** | |
| | | | | Draws | 400.00 | -400.00 |
| TOTAL | | | | | 400.00 | -400.00 |
| **Check** | 08/15/09 | | **XFER TO RMA Checking '8706** | **DFJ Personal Checking TD Ba...** | **-350.00** | |
| | | | | RMA Personal Checking TD Bank | 350.00 | -350.00 |
| TOTAL | | | | | 350.00 | -350.00 |
| **Check** | 08/31/09 | | **TD Bank** | **Personal Savings, TD Bank** | **-4.00** | |
| | | | | Bank Service Charges | 4.00 | -4.00 |
| TOTAL | | | | | 4.00 | -4.00 |
| **Check** | 08/13/09 | Phone | **Ford Credit** | **DFJ Personal Checking TD Ba...** | **-7.00** | |
| | | | | L/P Ford Credit (Auto Loan) | 7.00 | -7.00 |
| TOTAL | | | | | 7.00 | -7.00 |
| **Bill Pmt -Ch...** | 08/05/09 | TD Ba... | **Aetna - DF3** | **DFJ Personal Checking TD Ba...** | **-142.00** | |
| Bill | 06/19/09 | | | Health & Medical | 71.00 | -71.00 |
| Bill | 07/19/09 | | | Health & Medical | 71.00 | -71.00 |
| TOTAL | | | | | 142.00 | -142.00 |
| **Bill Pmt -Ch...** | 08/05/09 | TD Ba... | **Aetna - DFJ** | **DFJ Personal Checking TD Ba...** | **-464.00** | |
| Bill | 06/19/09 | | | Health & Medical | 232.00 | -232.00 |
| Bill | 07/19/09 | | | Health & Medical | 232.00 | -232.00 |
| TOTAL | | | | | 464.00 | -464.00 |
| **Bill Pmt -Ch...** | 08/05/09 | TD Ba... | **Aetna - VAF** | **DFJ Personal Checking TD Ba...** | **-388.00** | |
| Bill | 06/19/09 | | | Health & Medical | 194.00 | -194.00 |

Page 1

10/09/09

**David Fiori, Jr.**
# Exhibit C - Expenses
### August 2009

| Type | Date | Num | Name | Account | Original Amo... | Paid Amount |
|------|------|-----|------|---------|----------------|-------------|
| Bill | 07/19/09 | | | Health & Medical | 194.00 | -194.00 |
| TOTAL | | | | | 388.00 | -388.00 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **TD Ba...** | **McCullough Rubbish Removal** | **DFJ Personal Checking TD Ba...** | **-86.78** | |
| Bill | 05/01/09 | | | Trash Removal | 86.78 | -86.78 |
| TOTAL | | | | | 86.78 | -86.78 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **TD Ba...** | **PECO Yardley** | **DFJ Personal Checking TD Ba...** | **-319.97** | |
| Bill | 06/19/09 | | | Gas·and Electric | 315.24 | -315.24 |
| | | | | Gas and Electric | 4.73 | -4.73 |
| TOTAL | | | | | 319.97 | -319.97 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **TD Ba...** | **Aqua - Suite 105** | **RMA Personal Checking TD B...** | **-15.54** | |
| Bill | 07/08/09 | | | Water | 15.54 | -15.54 |
| TOTAL | | | | | 15.54 | -15.54 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **TD Ba...** | **BCW&SA - Suite 105** | **RMA Personal Checking TD B...** | **-18.10** | |
| Bill | 05/29/09 | | | Sewer | 8.94 | -6.49 |
| Bill | 06/26/09 | | | Sewer | 9.01 | -9.01 |
| TOTAL | | | | | 17.95 | -15.50 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **TD Ba...** | **PECO Bensalem 105** | **RMA Personal Checking TD B...** | **-311.40** | |
| Bill | 06/10/09 | | | Gas and Electric | 150.52 | -150.52 |
| Bill | 07/10/09 | | | Gas and Electric | 160.88 | -160.88 |
| TOTAL | | | | | 311.40 | -311.40 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **TD Ba...** | **Aqua - Suite 104** | **IET Business Checking TD Bank** | **-12.92** | |
| Bill | 07/08/09 | | | Sewer | 12.92 | -12.92 |
| TOTAL | | | | | 12.92 | -12.92 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **TD Ba...** | **Asta Brothers Fire & Safety** | **IET Business Checking TD Bank** | **-31.80** | |
| Bill | 06/15/09 | | | Office Supplies | 31.80 | -31.80 |
| TOTAL | | | | | 31.80 | -31.80 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **TD Ba...** | **BCW&SA - Suite 104** | **IET Business Checking TD Bank** | **-25.42** | |
| Bill | 05/29/09 | | | Water | 8.94 | -8.94 |
| Bill | 06/26/09 | | | Water | 9.01 | -9.01 |

**Page 2**

David Fiori, Jr.
# Exhibit C - Expenses
**August 2009**

10/09/09

| Type | Date | Num | Name | Account | Original Amo... | Paid Amount |
|---|---|---|---|---|---|---|
| TOTAL | | | | | 17.95 | -17.95 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **TD Ba...** | **PECO Bensalem 104** | **IET Business Checking TD Bank** | **-436.46** | |
| Bill | 06/10/09 | | | Gas and Electric | 346.35 | -346.35 |
| | | | | Gas and Electric | 7.73 | -7.73 |
| Bill | 07/10/09 | | | Gas and Electric | 82.38 | -82.38 |
| TOTAL | | | | | 436.46 | -436.46 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **e** | **Verizon Fios Yardley** | **DFJ Personal Checking TD Ba...** | **-166.55** | |
| Bill | 07/19/09 | | | Internet | 166.55 | -166.55 |
| TOTAL | | | | | 166.55 | -166.55 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **e** | **Verizon Landline - Yardley** | **DFJ Personal Checking TD Ba...** | **-97.73** | |
| Bill | 06/10/09 | | | Telephone | 120.00 | -3.50 |
| Bill | 07/10/09 | | | Telephone | 97.73 | -94.23 |
| TOTAL | | | | | 217.73 | -97.73 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/06/09** | **e** | **Verizon Landline - Bensalem** | **IET Business Checking TD Bank** | **-268.14** | |
| Bill | 06/06/09 | | | Telephone | 211.15 | -211.15 |
| Bill | 07/06/09 | | | Telephone | 157.91 | -56.99 |
| TOTAL | | | | | 369.06 | -268.14 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/06/09** | **e** | **Verizon Wireless** | **IET Business Checking TD Bank** | **-35.57** | |
| Bill | 07/20/09 | | | Telephone | 35.76 | -35.57 |
| TOTAL | | | | | 35.76 | -35.57 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/13/09** | **e** | **American Express '6001** | **IET Business Checking TD Bank** | **-4,308.35** | |
| Bill | 07/15/09 | | | American Express | 4,308.35 | -4,308.35 |
| TOTAL | | | | | 4,308.35 | -4,308.35 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/14/09** | **e** | **Ford Credit** | **DFJ Personal Checking TD Ba...** | **-1,314.27** | |
| Bill | 08/01/09 | | | L/P Ford Credit (Auto Loan) | 1,314.27 | -1,314.27 |
| TOTAL | | | | | 1,314.27 | -1,314.27 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **106** | **Atrium of Bensalem Condo Ass...** | **RMA Personal Checking TD B...** | **-968.96** | |
| Bill | 07/01/09 | | | 105 | 484.48 | -484.48 |
| Bill | 07/01/09 | | | 104 | 484.48 | -484.48 |

**Page 3**

David Fiori, Jr.
## Exhibit C - Expenses
### August 2009

10/09/09

| Type | Date | Num | Name | Account | Original Amo... | Paid Amount |
|------|------|-----|------|---------|----------------|-------------|
| TOTAL | | | | | 968.96 | -968.96 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **132** | **David Fiori, Sr.** | **DFJ Personal Checking TD Ba...** | **-911.74** | |
| Bill | 07/10/09 | | | Mortgage Payable D.Fiori SR | 911.74 | -911.74 |
| TOTAL | | | | | 911.74 | -911.74 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **133** | **State Farm** | **DFJ Personal Checking TD Ba...** | **-100.93** | |
| Bill | 07/16/09 | | | Automobile Insurance | 77.21 | -48.24 |
| | | | | Automobile Expense | 78.08 | -48.79 |
| | | | | Automobile Expense | 6.24 | -3.90 |
| TOTAL | | | | | 161.53 | -100.93 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **134** | **T&J Lawn Service, Inc.** | **DFJ Personal Checking TD Ba...** | **-112.36** | |
| Bill | 06/05/09 | | | Landscaping | 112.36 | -112.36 |
| TOTAL | | | | | 112.36 | -112.36 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **135** | **Union League** | **DFJ Personal Checking TD Ba...** | **-849.29** | |
| Bill | 05/31/09 | | | Dues and Subscriptions | 412.98 | -412.98 |
| Bill | 06/30/09 | | | Dues and Subscriptions | 436.31 | -436.31 |
| TOTAL | | | | | 849.29 | -849.29 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **140** | **David Fiori, Sr.** | **DFJ Personal Checking TD Ba...** | **-911.74** | |
| Bill | 06/10/09 | | | Mortgage Payable D.Fiori SR | 911.74 | -911.74 |
| TOTAL | | | | | 911.74 | -911.74 |
| | | | | | | |
| **Check** | **08/11/09** | **147** | **GIANT** | **VAF Personal Checking TD Ba...** | **-272.30** | |
| | | | | Food | 272.30 | -272.30 |
| TOTAL | | | | | 272.30 | -272.30 |
| | | | | | | |
| **Check** | **08/07/09** | **148** | **Indian Walk Vetenarian** | **VAF Personal Checking TD Ba...** | **-56.00** | |
| | | | | Health & Medical | 56.00 | -56.00 |
| TOTAL | | | | | 56.00 | -56.00 |
| | | | | | | |
| **Check** | **08/07/09** | **149** | **Stone House Treasures** | **VAF Personal Checking TD Ba...** | **-63.60** | |
| | | | | Personal Property Items (Joint) | 63.60 | -63.60 |
| TOTAL | | | | | 63.60 | -63.60 |

**Page 4**

David Fiori, Jr.
# Exhibit C - Expenses
**August 2009**

| Type | Date | Num | Name | Account | Original Amo... | Paid Amount |
|------|------|-----|------|---------|-----------------|-------------|
| **Bill Pmt -Ch...** | **08/05/09** | **1017** | **United States Trustee** | **IET Business Checking TD Bank** | **-650.00** | |
| Bill | 07/08/09 | | | Bankruptcy | 650.00 | -650.00 |
| TOTAL | | | | | 650.00 | -650.00 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/06/09** | **1018** | **State Farm** | **IET Business Checking TD Bank** | **-144.33** | |
| | | | State Farm | Accounts Payable | 144.33 | -144.33 |
| TOTAL | | | | | 144.33 | -144.33 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/14/09** | **1019** | **William Penn Bank** | **IET Business Checking TD Bank** | **-2,131.01** | |
| Bill | 08/01/09 | | | Mortgage Payable WM Penn Bank | 2,131.01 | -2,131.01 |
| TOTAL | | | | | 2,131.01 | -2,131.01 |
| | | | | | | |
| **Bill Pmt -Ch...** | **08/05/09** | **9922** | **Crystal Springs** | **IET Business Checking TD Bank** | **-23.86** | |
| Bill | 07/01/09 | | | Office Supplies | 11.93 | -11.93 |
| Bill | 08/01/09 | | | Office Supplies | 11.93 | -11.93 |
| TOTAL | | | | | 23.86 | -23.86 |

**David Fiori, Jr.**

# Unpaid Bills Detail          10/09/09

**As of August 31, 2009**

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Aetna - DF3** | | | | | |
| Bill | 08/19/09 | | 09/03/09 | | 71.00 |
| **Total Aetna - DF3** | | | | | 71.00 |
| **Aetna - DFJ** | | | | | |
| Bill | 08/19/09 | | 08/29/09 | 2 | 232.00 |
| **Total Aetna - DFJ** | | | | | 232.00 |
| **Aetna - VAF** | | | | | |
| Bill | 08/19/09 | | 08/29/09 | 2 | 194.00 |
| **Total Aetna - VAF** | | | | | 194.00 |
| **American Express '6001** | | | | | |
| Bill Pmt -Check | 07/16/09 | e | | | -113.19 |
| Bill | 08/14/09 | | 09/08/09 | | 113.19 |
| **Total American Express '6001** | | | | | 0.00 |
| **Aqua - Suite 104** | | | | | |
| Bill | 08/07/09 | | 08/31/09 | | 12.03 |
| **Total Aqua - Suite 104** | | | | | 12.03 |
| **Aqua - Suite 105** | | | | | |
| Bill | 08/07/09 | | 08/31/09 | | 15.21 |
| **Total Aqua - Suite 105** | | | | | 15.21 |
| **Atrium of Bensalem Condo Association** | | | | | |
| Bill | 08/01/09 | | 08/11/09 | 20 | 484.48 |
| Bill | 08/01/09 | | 08/11/09 | 20 | 484.48 |
| **Total Atrium of Bensalem Condo Association** | | | | | 968.96 |
| **BCW&SA - Suite 104** | | | | | |
| Bill Pmt -Check | 08/05/09 | TD Bank | | | -7.47 |
| Bill | 03/26/09 | #### | 04/20/09 | 133 | 5.69 |
| Bill | 07/30/09 | | 08/21/09 | 10 | 8.13 |
| Bill | 08/28/09 | | 09/19/09 | | 9.82 |
| **Total BCW&SA - Suite 104** | | | | | 16.17 |
| **BCW&SA - Suite 105** | | | | | |
| Bill Pmt -Check | 06/25/09 | TD Bank | | | -0.81 |
| Bill Pmt -Check | 08/05/09 | TD Bank | | | -2.60 |
| Bill | 05/29/09 | | 06/20/09 | 72 | 1.63 |
| Bill | 07/30/09 | | 08/21/09 | 10 | 8.13 |
| Bill | 08/28/09 | | 09/19/09 | | 9.76 |
| **Total BCW&SA - Suite 105** | | | | | 16.11 |
| **Bensalem Twp RE Tax - 104** | | | | | |
| Bill | 01/01/09 | | 05/30/09 | 93 | 291.83 |
| Bill | 07/23/09 | | 10/31/09 | | 1,782.20 |
| **Total Bensalem Twp RE Tax - 104** | | | | | 2,074.03 |
| **Bensalem Twp RE Tax - 105** | | | | | |
| Bill | 01/01/09 | | 05/30/09 | 93 | 291.83 |
| Bill | 07/23/09 | | 08/31/09 | | 1,782.20 |
| **Total Bensalem Twp RE Tax - 105** | | | | | 2,074.03 |
| **Bucks Tax Claim Bureau - 104** | | | | | |
| Bill | 01/01/09 | | 01/01/09 | 242 | 2,272.20 |
| **Total Bucks Tax Claim Bureau - 104** | | | | | 2,272.20 |
| **Bucks Tax Claim Bureau - 105** | | | | | |
| Bill | 01/01/09 | | 01/01/09 | 242 | 2,272.20 |

| | | | | | |
|---|---|---|---|---|---:|
| **Total Bucks Tax Claim Bureau - 105** | | | | | 2,272.20 |
| **Caesar Revise** | | | | | |
| Bill | 01/13/09 | ##### | 02/12/09 | 200 | 217.50 |
| **Total Caesar Revise** | | | | | 217.50 |
| **Citibank Driver's Edge** | | | | | |
| Bill | 08/27/09 | | 09/21/09 | | 417.74 |
| **Total Citibank Driver's Edge** | | | | | 417.74 |
| **Crystal Springs** | | | | | |
| Bill | 08/21/09 | | 08/21/09 | 10 | 11.93 |
| **Total Crystal Springs** | | | | | 11.93 |
| **David Fiori, Sr.** | | | | | |
| Bill | 08/10/09 | | 08/10/09 | 21 | 911.74 |
| **Total David Fiori, Sr.** | | | | | 911.74 |
| **Lower Makefield Tax Collector** | | | | | |
| Bill | 03/01/09 | | 04/30/09 | 123 | 3,354.82 |
| Bill | 07/01/09 | | 09/01/09 | | 12,733.64 |
| **Total Lower Makefield Tax Collector** | | | | | 16,088.46 |
| **McCullough Rubbish Removal** | | | | | |
| Bill | 08/14/09 | | 09/08/09 | | 86.78 |
| **Total McCullough Rubbish Removal** | | | | | 86.78 |
| **PECO Bensalem 104** | | | | | |
| Bill | 08/10/09 | | 09/04/09 | | 56.26 |
| **Total PECO Bensalem 104** | | | | | 56.26 |
| **PECO Bensalem 105** | | | | | |
| Bill | 08/09/09 | | 08/19/09 | 12 | 217.59 |
| **Total PECO Bensalem 105** | | | | | 217.59 |
| **PNC Bank Credit Line Payment** | | | | | |
| Bill | 04/12/09 | | 04/22/09 | 131 | 314.36 |
| Bill | 06/05/09 | | 06/15/09 | 77 | 9.47 |
| Bill | 07/05/09 | | 07/15/09 | 47 | 323.83 |
| Bill | 08/05/09 | | 08/15/09 | 16 | 323.83 |
| **Total PNC Bank Credit Line Payment** | | | | | 971.49 |
| **Stanley Dezure & Co., PC** | | | | | |
| Bill | 03/01/09 | ##### | 03/31/09 | 153 | 314.50 |
| Bill | 04/01/09 | | 05/01/09 | 122 | 2,609.50 |
| Bill | 05/01/09 | | 05/31/09 | 92 | 336.00 |
| Bill | 06/01/09 | | 06/30/09 | 62 | 627.50 |
| Bill | 07/01/09 | | 07/31/09 | 31 | 416.50 |
| Bill | 08/01/09 | | 08/31/09 | | 527.00 |
| **Total Stanley Dezure & Co., PC** | | | | | 4,831.00 |
| **State Farm** | | | | | |
| Bill Pmt -Check | 08/06/09 | 1018 | | | -144.33 |
| Credit Card Charge | 08/07/09 | | | | -10.96 |
| Bill | 07/16/95 | | 08/07/09 | 24 | 48.95 |
| Bill | 07/16/09 | | 08/07/09 | 24 | 115.69 |
| Bill | 08/12/09 | | 08/28/09 | 3 | 167.23 |
| Bill | 08/12/09 | | 09/01/09 | | 115.70 |
| **Total State Farm** | | | | | 292.28 |
| **T&J Lawn Service, Inc.** | | | | | |
| Bill | 07/03/09 | | 08/02/09 | 29 | 237.44 |
| Bill | 08/11/09 | | 09/25/09 | | 168.54 |
| **Total T&J Lawn Service, Inc.** | | | | | 405.98 |
| **Union League** | | | | | |
| Credit | 08/13/09 | | | | -849.29 |
| Bill | 07/31/09 | | 08/30/09 | 1 | 551.25 |

| | | | |
|---|---|---|---:|
| Bill | 08/31/09 | 09/30/09 | 485.25 |
| **Total Union League** | | | 187.21 |
| **Verizon Landline - Bensalem** | | | |
| Bill | 08/06/09 | 09/01/09 | 119.85 |
| **Total Verizon Landline - Bensalem** | | | 119.85 |
| **TOTAL** | | | **35,033.75** |

Exhibit E

1.  Medical Equipment Repair January 31, 2009  $ 2,000.00

2.  Atrium of Bensalem Condominium Association $ 1,00.00

Total A/R as of Aug 31, 2009 : $ 3,000.00

**David Fiori, Jr.**

# Balance Sheet

10/09/09

### As of August 31, 2009

| | Aug 31, '09 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| DFJ Personal Checking TD | -910.78 |
| IET Business Checking TD | 36.51 |
| Personal Savings, TD Bank | 3.00 |
| RMA Personal Checking TI | 347.17 |
| Sovereign Bank - IRA | 4,049.00 |
| VAF Personal Checking TD | 33.62 |
| **Total Checking/Savings** | 3,558.52 |
| **Other Current Assets** | |
| Home Improvement | 7,152.10 |
| **Total Other Current Assets** | 7,152.10 |
| **Total Current Assets** | 10,710.62 |
| **Fixed Assets** | |
| **Commercial Office Condos** | |
| Atrium Bensalem Unit # 10 | 134,964.00 |
| Atrium Bensalem Unit # 10 | 134,964.00 |
| **Total Commercial Office Con** | 269,928.00 |
| Equipment & Fixtures | 10,096.87 |
| Personal Property Items (Joi | 4,263.60 |
| Personal Residence Woodsic | 392,500.00 |
| **Personal Vehicles** | |
| Audi 1991 200TQ | 2,740.00 |
| Audi 1995 S6 | 5,840.00 |
| Lincoln Navigator (2007) | 28,165.00 |
| **Total Personal Vehicles** | 36,745.00 |
| **Total Fixed Assets** | 713,533.47 |
| **TOTAL ASSETS** | **724,244.09** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 3,648.12 |
| **Total Accounts Payable** | 3,648.12 |
| **Credit Cards** | |
| American Express | 1,388.08 |
| CapitalOne IET | -83.00 |
| Diners Club | 0.05 |
| U.S. Airways Mastercard | -5.00 |
| **Total Credit Cards** | 1,300.13 |
| **Other Current Liabilities** | |
| Arbitration Judgement | 615,651.49 |
| **Total Other Current Liabilit** | 615,651.49 |
| **Total Current Liabilities** | 620,599.74 |
| **Long Term Liabilities** | |
| Credit Line PNC Bank | 95,719.00 |
| Credit Line, Sovereign Ban | 100,000.00 |
| L/P Ford Credit (Auto Loan | 14,403.35 |

| | |
|---|---:|
| **L/P GMAC** | 112,971.27 |
| **Mortgage Payable D.Fiori S** | 105,761.04 |
| **Mortgage Payable WM Pen** | 32,623.79 |
| **Total Long Term Liabilities** | 461,478.45 |
| **Total Liabilities** | 1,082,078.19 |
| **Equity** | |
| **Opening Bal Equity** | -362,856.82 |
| **Owner's Capital** | |
| **Draws** | -4,071.22 |
| **Investments** | |
| **Anamir** | -4,683.00 |
| **Total Investments** | -4,683.00 |
| **Total Owner's Capital** | -8,754.22 |
| **Retained Earnings** | -4,025.75 |
| **Net Income** | 17,312.21 |
| **Total Equity** | -358,324.58 |
| **TOTAL LIABILITIES & EQUITY** | 723,753.61 |

**David Fiori, Jr.**

# Profit and Loss   10/09/09

**August 2009**

|  | Aug '09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Rental Income** | |
| 105 | 1,600.00 |
| **Total Rental Income** | 1,600.00 |
| **Total Income** | 1,600.00 |
| **Expense** | |
| **Automobile Expense** | |
| **Automobile Insurance** | 113.20 |
| **Automobile Expense -** | 58.77 |
| **Total Automobile Expens** | 171.97 |
| **Bank Service Charges** | 4.00 |
| **Bankruptcy** | 650.00 |
| **Clothing** | 63.90 |
| **Condo Fees** | |
| 104 | 484.48 |
| 105 | 484.48 |
| **Total Condo Fees** | 968.96 |
| **Credit Card Fees** | 80.22 |
| credit card Finance Char | 11.74 |
| **Dues and Subscriptions** | 861.28 |
| **Education** | 220.95 |
| **Food** | 549.95 |
| **Fuel** | 230.87 |
| **Health & Medical** | 1,061.99 |
| **Interest Expense** | |
| **Loan Interest** | 10.84 |
| **Mortgage-Office** | 507.49 |
| **Total Interest Expense** | 518.33 |
| **Internet** | 191.55 |
| **Maintenance** | |
| **Landscaping** | 112.36 |
| **Residence** | 197.94 |
| **Trash Removal** | 86.78 |
| **Total Maintenance** | 397.08 |
| **Office Supplies** | 55.66 |
| **Patent Prosecution** | |
| **UAI Patent Application** | 3.00 |
| **Total Patent Prosecution** | 3.00 |
| **Pay by Phone Fees** | 7.00 |
| **Recreation** | 243.02 |
| **Reimbursements Pending** | |
| **Vanessa Fiori** | 184.88 |
| **Total Reimbursements P** | 184.88 |
| **Telephone** | 401.44 |
| **Travel & Ent** | |
| **Travel** | 51.93 |
| **Travel & Ent - Other** | 501.90 |
| **Total Travel & Ent** | 553.83 |

| | |
|---|---:|
| **Utilities** | |
| **Gas and Electric** | 1,067.83 |
| **Sewer** | 28.42 |
| **Water** | 33.49 |
| **Total Utilities** | 1,129.74 |
| **Total Expense** | 8,561.36 |
| **Net Ordinary Income** | -6,961.36 |
| **Net Income** | **-6,961.36** |

# Bank

**America's Most Convenient Bank®**

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, New Jersey 08034-5400
1-888-751-9000



013604NNY4N00016255

DAVID FIORI DIP
VANESSA ANNE FIORI CASE# 09-10960SR
EASTERN DISTRICT OF PENNSYLVANIA
1995 WOODSIDE DR
YARDLEY PA 19067

*We're here 7 days a week, 24 hours a day at 1-888-751-9000.*

## PERSONAL STATEMENT SAVINGS      0468351598

| | | | |
|---|---|---|---|
| Statement Balance as of 06/30/09 | | | $140.22 |
| Plus | 4 | Deposits and Other Credits | $20,000.00 |
| Less | 5 | Withdrawals and Other Debits | $20,130.22 |
| Less | | Cycle Service Charges | $4.00 |
| Statement Balance as of 08/31/09 | | | $6.00 |

## Transactions By Date

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 07/14/09 | DEPOSIT | | | $10,000.00 | $10,140.22 |
| 07/15/09 | DEPOSIT | | | $1,000.00 | $11,140.22 |
| 07/16/09 | XFER TO ACCT | CK-000373955046 | $2,500.00 | | $8,640.22 |
| 07/22/09 | XFER TO ACCT | CK-000374248615 | $5,000.00 | | $3,640.22 |
| 07/23/09 | DEPOSIT | | | $2,000.00 | $5,640.22 |
| 07/28/09 | DEPOSIT | | | $7,000.00 | $12,640.22 |
| 08/05/09 | XFER TO ACCT | CK-000374248623 | $500.00 | | $12,140.22 |
| 08/05/09 | XFER TO ACCT | CK-000374248615 | $4,950.00 | | $7,190.22 |
| 08/13/09 | XFER TO ACCT | CK-000374248615 | $7,180.22 | | $10.00 |
| 08/31/09 | CYCLE SERVICE CHARGE | | $4.00 | | $6.00 |
| | Interest Paid Year to Date | | | | $8.09 |

# Bank

**TD Bank, N.A.**
1701 Route 70 East
Cherry Hill, New Jersey 08034-5400
1-888-751-9000

America's Most Convenient Bank®



013602INY2N00006624

DAVID FIORI DIP
VANESSA ANNE FIORI CASE#: 09-10960SR
EASTERN DITRICT OF PENNSYLVANIA
1995 WOODSIDE DR
YARDLEY PA 19067

*We're here 7 days a week, 24 hours a day at 1-888-751-9000.*

**YES CHECKING    0374248623**

| | | | |
|---|---|---|---|
| Statement Balance as of 08/07/09 | | | $459.14 |
| Plus | 1 | Deposits and Other Credits | $100.00 |
| Less | 3 | Checks and Other Debits | $391.90 |
| Statement Balance as of 09/09/09 | | | $167.24 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/10/09 | CHECK # 148 | $56.00 | | $403.14 |
| 08/11/09 | CHECK # 149 | $63.60 | | $339.54 |
| 08/11/09 | CHECK # 147 | $272.30 | | $67.24 |
| 09/01/09 | DEPOSIT | | $100.00 | $167.24 |

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 147 | 08/11 | $272.30 | 148 | 08/10 | $56.00 | 149 | 08/11 | $63.60 |

Items denoted with an "E" are electronic entries and will not have a check image.

Date
09/09/2009

Account
374248623

013602INY2N00006624




Check 147,  $272.30  Date Presented 08/11/2009

Check 148,  $56.00  Date Presented 08/10/2009

Check 149,  $63.60  Date Presented 08/11/2009

# **TD Bank**

America's Most Convenient Bank®

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, New Jersey 08034-5400
1-888-751-9000



013602INY2N00006623

DAVID FIORI DIP
VANESSA ANNE FIORI  CASE#: 09-10960SR
EASTERN DISTRICT OF PENNSYLVANIA
1995 WOODSIDE DR
YARDLEY PA  19067

*We're here 7 days a week, 24 hours a day at 1-888-751-9000.*

## YES CHECKING          0374248615

| | | | |
|---|---|---|---|
| Statement Balance as of 08/07/09 | | | $3,722.58 |
| Plus | 1 | Deposits and Other Credits | $7,180.22 |
| Less | 14 | Checks and Other Debits | $10,553.15 |
| Statement Balance as of 09/09/09 | | | $349.65 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/10/09 | COUNTER WITHDRAWAL | $100.00 | | $3,622.58 |
| 08/10/09 | CHECK # 134 | $112.36 | | $3,510.22 |
| 08/11/09 | AC-VERIZON      -PaymentONE | $97.73 | | $3,412.49 |
| 08/11/09 | AC-VERIZON      -PaymentONE | $166.55 | | $3,245.94 |
| 08/11/09 | CHECK # 133 | $100.93 | | $3,145.01 |
| 08/13/09 | XFER FROM ACCT SV-000468351598 | | $7,180.22 | $10,325.23 |
| 08/14/09 | COUNTER WITHDRAWAL | $400.00 | | $9,925.23 |
| 08/14/09 | AC-Ford Credit    -conv fee | $7.00 | | $9,918.23 |
| 08/14/09 | AC-Ford Credit    -Auto Pymt | $1,314.27 | | $8,603.96 |
| 08/14/09 | XFER TO ACCT  CK-000373955046 | $2,131.01 | | $6,472.95 |
| 08/14/09 | XFER TO ACCT  CK-000373955046 | $4,360.00 | | $2,112.95 |
| 08/17/09 | XFER TO ACCT  CK-000374248706 | $350.00 | | $1,762.95 |
| 08/17/09 | SUBSTITUTE CHECK # 135 | $849.29 | | $913.66 |
| 09/02/09 | AC-CITI PAYMENT   -ONLINE PMT | $364.01 | | $549.65 |
| 09/04/09 | COUNTER WITHDRAWAL | $200.00 | | $349.65 |

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 133 | 08/11 | $100.93 | 135 | 08/17 | $849.29 | 38403964* | 08/14 | $400.00 |
| 134 | 08/10 | $112.36 | 38403960* | 09/04 | $200.00 | 38405392* | 08/10 | $100.00 |

Items denoted with an "E" are electronic entries and will not have a check image.

Page 2 of 2

Date
09/09/2009

Account
374248615

013802INY2N00006823



Check 133, $100.93  Date Presented 08/11/2009



Check 134, $112.36  Date Presented 08/10/2009



Check 135, $849.29  Date Presented 08/17/2009



Check 38403960, $200.00  Date Presented 09/04/2009



Check 38403964, $400.00  Date Presented 08/14/2009



Check 38405392, $100.00  Date Presented 08/10/2009

# Bank

**America's Most Convenient Bank®**

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, New Jersey 08034-5400
1-888-751-9000



013602INY17N00004195

DAVID FIORI DIP
VANESSA ANNE FIORI CASE#: 09-10960SR
EASTERN DISTRICT OF PENNSYLVANIA
1995 WOODSIDE DR
YARDLEY PA  19067

*We're here 7 days a week, 24 hours a day at 1-888-751-9000.*

## YES CHECKING        0374248706

| | | | | |
|---|---|---|---|---:|
| Statement Balance as of 08/07/09 | | | | $24.70 |
| Plus | 3 | Deposits and Other Credits | | $3,550.00 |
| Less | 1 | Checks and Other Debits | | $311.40 |
| Statement Balance as of 09/09/09 | | | | $3,263.30 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---:|---:|---:|
| 08/17/09 | XFER FROM ACCT CK-000374248615 | | $350.00 | $374.70 |
| 08/18/09 | DEPOSIT | | $1,600.00 | $1,974.70 |
| 08/19/09 | BILL PYMT-PHILADELPHIA ELECTRI | $311.40 | | $1,663.30 |
| 09/04/09 | DEPOSIT | | $1,600.00 | $3,263.30 |

NOTE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION                    Member FDIC

## Bank

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, New Jersey 08034-5400
1-888-751-9000

America's Most Convenient Bank®



013602INY7N00001270

DAVID FIORI JR DBA
INTERGRATED ELECTRONIC TECHNOLOGIES
DIP 09 10960 SR
1995 WOODSIDE RD
YARDLEY NJ  19067

*We're here 7 days a week, 24 hours a day at 1-888-751-9000.*

### BUSINESS CHECKING      0373955046

| | | | |
|---|---|---|---|
| Statement Balance as of 07/31/09 | | | $1,794.20 |
| Plus | 2 | Deposits and Other Credits | $6,491.01 |
| Less | 12 | Checks and Other Debits | $8,212.19 |
| Statement Balance as of 08/31/09 | | | $73.02 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/03/09 | CHECK # 1016 | $144.33 | | $1,649.87 |
| 08/06/09 | BILL PYMT-Aqua Pennsylvania, I | $12.92 | | $1,636.95 |
| 08/06/09 | BILL PYMT-Crystal Springs | $23.86 | | $1,613.09 |
| 08/06/09 | BILL PYMT-BUCKS COUNTY WATER A | $25.42 | | $1,587.67 |
| 08/06/09 | BILL PYMT-ASTA BROTHERS FIRE | $31.80 | | $1,555.87 |
| 08/06/09 | BILL PYMT-PHILADELPHIA ELECTRI | $436.46 | | $1,119.41 |
| 08/11/09 | AC-VERIZON     -PaymentONE | $268.14 | | $851.27 |
| 08/11/09 | CHECK # 1018 | $144.33 | | $706.94 |
| 08/11/09 | CHECK # 1017 | $650.00 | | $56.94 |
| 08/14/09 | XFER FROM ACCT CK-000374248615 | | $2,131.01 | $2,187.95 |
| 08/14/09 | XFER FROM ACCT CK-000374248615 | | $4,360.00 | $6,547.95 |
| 08/14/09 | AC-VZ WIRELESS VE  -VZW WEBPAY | $35.57 | | $6,512.38 |
| 08/17/09 | AC-AMERICAN EXPRESS-ELEC REMIT | $4,308.35 | | $2,204.03 |
| 08/17/09 | CHECK # 1019 | $2,131.01 | | $73.02 |

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1016 | 08/03 | $144.33 | 1018 | 08/11 | $144.33 | | | |
| 1017 | 08/11 | $650.00 | 1019 | 08/17 | $2,131.01 | | | |

Items denoted with an "E" are electronic entries and will not have a check image.

Page 2 of 2

Date
08/31/2009

Account
373955046

013602INY7N00001270



Check 1016,  $144.33  Date Presented 08/03/2009



Check 1017,  $650.00  Date Presented 08/11/2009



Check 1018,  $144.33  Date Presented 08/11/2009



Check 1019,  $2,131.01  Date Presented 08/17/2009